**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CAYCE BADDLEY,

    Plaintiff,

v.                                                                  Case No. 6:24-cv-1778-RBD-DCI

ELITE AUTO SERVICES OF
ORLANDO, LLC,

    Defendant.

_____

## **ORDER**

In this Fair Labor Standards Act collective action,[1] the parties moved for

approval of their settlement agreement (Doc. 77-1 ("Agreement")). (Doc. 77

("Motion").) On referral, U.S. Magistrate Judge Daniel C. Irick entered a Report

and Recommendation stating that the Court should grant the Motion. (Doc. 78

("R&R").) The parties jointly filed a Notice of No Objection (Doc. 79), so the Court

examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781,

784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

---

[1] The Court conditionally certified the collective (Doc. 46), but final certification has yet to occur. In their Motion, the parties stipulated to final certification of the collective (*see* Doc. 77, ¶ 36), so final certification is unnecessary for the approval of the settlement. *See Fixl v. Randall Mech., Inc.*, No. 6:22-cv-901, 2024 WL 340766, at *3 (M.D. Fla. Jan. 8, 2024), *adopted*, 2024 WL 280286 (M.D. Fla. Jan. 25, 2024) (final certification unnecessary before settlement approval where parties stipulated to final certification); *Mcguire v. Intelident Sols., LLC*, No. 8:18-cv-2995, 2020 WL 10506642, at *3 (M.D. Fla. Sep. 2, 2020), *adopted*, 2020 WL 10506644 (M.D. Fla. Sep. 28, 2020) (same).

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 78) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. The Motion (Doc. 77) is **GRANTED**.

3. The Agreement (Doc. 77-1) is **APPROVED** as fair and reasonable.

4. This case is **DISMISSED WITH PREJUDICE**. The Court declines to retain jurisdiction to enforce the terms of the Agreement.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 16, 2026.



ROY B. DALTON, JR.
United States District Judge